IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APEX LAB SOLUTIONS, LLC,

                    Plaintiffs,

        v.

CHEMISYS LABORATORIES, LLC,

                    Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. _____

Removed from:
COURT OF COMMON PLEAS OF
DELAWARE COUNTY, PENNSYLVANIA
CIVIL DIVISION
DOCKET NO.  CV-2018-007070

**DECLARATION OF CHARLES P. MONTGOMERY**

I, Charles P. Montgomery, hereby declare as follows:

1.      I am a member of the Bar of this Court and an associate in the law firm of Earp Cohn P.C., counsel to defendant Chemisys Laboratories, LLC ("Chemisys") in the above-captioned action.  I make this declaration upon personal knowledge, except where indicated, in support of the Notice of Removal of Chemisys.

2.      Attached as Exhibit A hereto is a true and correct copy of the Certificate of Organization of plaintiff Apex Lab Solutions, LLC, which was retrieved from the Pennsylvania Department of State's website.

3.      The Certificate of Organization of Plaintiff lists a Bo Wang as the only organizer of Plaintiff, and lists 3044 Foulk Road, Garnet Valley, Pennsylvania as his address.  This address is identical to the address provided for Plaintiff in Plaintiff's Complaint.  The Pennsylvania Department of State does not appear to have any public documents that disclose the names of Plaintiff's members, but I believe it is likely that an individual listed as an "organizer" of Plaintiff is also a member of Plaintiff.

4.      I performed a search on Pacer.gov to determine if Plaintiff has disclosed the identities of its members in any court filings, but did not find any results.

5.      I performed a "PeopleMap" search on Westlaw.com to search for any individuals by the name of "Bo Wang" who live in the vicinity of Garnet Valley, Pennsylvania.  PeopleMap is a search tool that searches public information databases to find records related to individuals and businesses.

6.      The PeopleMap search returned a result for a Bo Wang who has a home address of 3044 Foulk Road, Garnet Valley, Pennsylvania, the same address listed for the Plaintiff in Plaintiff's Complaint.

7.      Plaintiff's Complaint also states that Plaintiff "is a Pennsylvania Limited Liability Company."

8.      Based on the information available to me at this time, I believe that Mr. Wang is the sole member of Plaintiff and that Mr. Wang is a citizen of the Commonwealth of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2018                    _____

                                                 CHARLES P. MONTGOMERY

# EXHIBIT A

| |
|---|
| Entity# : 6390839 |
| Date Filed : 04/15/2016 |
| Effective Date : 05/02/2016 |
| Pedro A. Cortés |
| Secretary of the Commonwealth |

**PENNSYLVANIA DEPARTMENT OF STATE**
**BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS**

### Certificate of Organization Domestic Limited Liability Company
(15 Pa.C.S. § 8913)

| Name |
|---|
| Bo Wang |
| **Address** |
| 3044 Foulk Rd, |

| City | State | Zip Code |
|---|---|---|
| Garnet Valley | PA | 19060 |

Document will be returned to the name and address you enter to the left.

**Fee: $125.00**

In compliance with the requirements of 15 Pa.C.S. § 8913 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company (designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation):

   **Apex Lab Solutions LLC**

2. The (a) address of the limited liability company's initial registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

| (a) Number and Street | City | State | Zip | County |
|---|---|---|---|---|
| 3044 Foulk Rd | Garnet Valley | PA | 19060 | Delaware |

   (b) Name of Commercial Registered Office Provider      County

   c/o:

3. The name and address, including street and number, if any, of each organizer is (all organizers must sign on page 2):

| Name | Address |
|---|---|
| Bo Wang | 3044 Foulk Rd , Garnet Valley , Delaware , PA , United States , 19060 |

4. *Strike out if inapplicable term*

   ~~A member's interest in the company is to be evidenced by a certificate of membership interest.~~

PENN File: April 15, 2016

DSCB: 15-8913-2

5. *Strike out if inapplicable term*

   ~~Management of the company is vested in a manager or managers.~~

6. The specified effective date, if any    05/02/2016 12:03 PM                        .
   is: (month date year hour, if any)      _____

                                           month    date    year    hour, if any

7. *Strike out if inapplicable:* ~~The company is a restricted professional company organized to render the following restricted professional service(s):~~

8. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this

15          day of April          ,  2016          .

                          Bo Wang
_____
                          Signature