IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| APEX LAB SOLUTIONS, LLC, | : | Civil Action No. _____ |
| Plaintiffs, | : | |
| | : | Removed from: |
| v. | : | COURT OF COMMON PLEAS OF |
| | : | DELAWARE COUNTY, PENNSYLVANIA |
| CHEMISYS LABORATORIES, LLC, | : | CIVIL DIVISION |
| | : | DOCKET NO. CV-2018-007070 |
| Defendant. | : | **DECLARATION OF AHMED KAMEL** |

I, AHMED KAMEL, hereby declare as follows:

1.      I am a member of defendant Chemisys Laboratories, LLC ("Chemisys") and I make this declaration upon personal knowledge in support of the Notice of Removal of Chemisys.

2.      The only other members of Chemisys are Adil Palwala and Faruk Khwaja.

3.      I am a citizen of the United States and the State of New Jersey.

4.      Adil Palwala is a citizen of the United States and the State of New York.

5.      Karuk Khwaja is a citizen of the United States and the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2018

_____
AHMED KAMEL