IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APEX LAB SOLUTIONS, LLC,
                        Plaintiffs,

        v.

CHEMISYS LABORATORIES, LLC,
                        Defendant.

: Case No. _____
:
: Removed from:
: COURT OF COMMON PLEAS OF
: DELAWARE COUNTY, PENNSYLVANIA
: CIVIL DIVISION
: DOCKET NO.  CV-2018-007070
:
: **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Removal, Supporting

Certifications, Notice of Removal to All Adverse Parties, and Notice of Filing of Notice of

Removal, has been submitted to the Court for filing via hand delivery and upon the Court of

Common Pleas of Delaware County, Pennsylvania, via electronic filing and served upon all

counsel of record as set forth below via Federal Express:

David M. McFarlan, Esquire
1255 Easton Road
Warrington, Pennsylvania 18976-1822

Dated: September ___, 2018          By: _____
                                        Edward F. Borden, Jr.
                                        Charles P. Montgomery

                                        **EARP COHN P.C.**
                                        123 S Broad Street
                                        Suite 1030
                                        Philadelphia, PA 19109
                                        (215) 963-9520
                                        (856) 385-7060 Direct Fax
                                        Counsel for Defendant Chemisys Laboratories, LLC