

Mandelbaum
Salsburg

New Jersey | New York | Florida | Colorado

3 Becker Farm Road
Suite 105
Roseland, New Jersey 07068
www.lawfirm.ms
t. 973.736.4600
f. 973.325.7467

RYAN M. BUEHLER, ESQ.
rbuehler@lawfirm.ms
Direct line: 973.265.8079

May 31, 2019

**(via ECF)**
Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court, NJ District
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE: Apex Lab Solutions, LLC v. Chemisys Laboratories, LLC
Case No.: 2:19-cv-09372-SRC-CLW

Dear Judge Waldor:

We represent Defendant Chemisys Laboratories, LLC in the above-referenced matter. Your Honor scheduled an initial conference for June 25, 2019. I am writing to request an adjournment of the initial conference, because I am scheduled to be on vacation in Delaware the week of June 24. I conferred with Plaintiff's counsel Mr. Boyadjis, and he consents to this request. Mr. Boyadjis and I are available for a conference any day during the week of July 1 and the week of July 8. I thank the Court for its courtesies in considering this request.

Respectfully submitted,

RYAN M. BUEHLER